ORIGINAL

RECEIVED & FILED
JUN 1 7 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

The Cleveland Marble Mosaic Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Daniel E. Toomey

Firm Name: Venable, Baetjer & Howard LLP

03-1503C

Post Office Box:

Street Address: 8010 Towers Crescent Drive, Suite 300

City-State-Zip: Vienna, Virginia 22182

Telephone & Facsimile Numbers: (703) 760-1938 (703) 821-8949

E-mail address: detoomey@venable.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: G S A

See attached Sheet for three digit code.

Amount Claimed: $ 1,459,3

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003