IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CLEVELAND MARBLE MOSAIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1503C |
| | ) | (Judge Sypolt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID R. FENIGER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: July 15, 2003

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-3390
Fax: (202) 305-2118