# In the United States Court of Federal Claims

No. 03-1503C

(Filed July 17, 2003)

****************************************
**THE CLEVELAND MARBLE MOSAIC COMPANY,** *
*
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
****************************************

## Chambers Procedures

(1) Communications with the Court

No off-the-record discussions, other than regarding scheduling, will be conducted by the judge or any member of her staff. Communications with chambers shall be by formal motion, filed in the clerk's office or in open court. Scheduling questions shall be directed to Judge Sypolt's secretary, Ms. Shirley Scott, at (202) 219-9655 or shirley_scott@ao.uscourts.gov. Questions regarding court filing requirements, rules, case filings, court announcements, and other information regarding the court are set out at the court's website, at http://www.uscfc.uscourts.gov/, or shall be directed to the clerk's office at (202) 219-9561.

(2) Hearings and Status Conferences

At each hearing or conference (including the initial status conference held pursuant to Appendix A, ¶ 7), the court explores the strengths and weaknesses of each party's arguments, and the possibility of utilizing dispositive motions, alternative dispute resolution, or other means for reducing the cost and delay of litigation. See RCFC 16(c). Counsel shall be prepared to discuss all of the factual and legal issues in the case, including the evidence proposed to be relied upon by each party, the merits of any pending motion, and proposed pretrial schedules or timetables for briefing motions.

(3) Appendix to Joint Preliminary Status Report

The parties shall provide, as an appendix to the JPSR required by Appendix A, copies of material portions of any documents relevant to disputed factual and legal issues, e.g., relevant contract provisions, prior administrative determinations, correspondence, and damage computations.

Leave of court is necessary to file an appendix exceeding fifty pages in length.

/s/ DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims