IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CLEVELAND MARBLE MOSAIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1503C (Judge Sypolt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 60 days, to and including October 17, 2003, within which to file its response to plaintiff's complaint. Defendant's response is currently due on August 18, 2003, and this is the Government's first request for an enlargement of time in this case. Counsel for the Cleveland Marble Mosaic Company ("CMMC") has indicated his consent to this motion.

This enlargement motion is necessary because counsel for the United States has not obtained a litigation report from the agency. See 28 U.S.C. § 520.

Upon receipt of the complaint in this case, the Government promptly forwarded the complaint to the General Services Administration, with a request that it provide a litigation report as required by 28 U.S.C. § 520. To date, Government counsel has not received this report.

This enlargement is also necessary because the undersigned counsel must file a brief in Moss v. United States, No. 03-3212 (Fed. Cir.) by August 19, 2003. In addition, Government counsel must file a responsive pleading in Caravetta v. United States, No. 03-7181C (Fed. Cl.) by

August 19, 2003. The undersigned is required to be in Butler, Pennsylvania to defend depositions from August 20, 2003 through August 21, 2003 in Pijanowski v. United States, No. 02-238C (Fed. Cl.). Government counsel must also file a joint status report in Vantage Associates, Inc. v. United States, No. 03-340C (Fed. Cl.) no later than August 28, 2003. Finally, defendant's counsel will be out of the office from August 29, 2003 through September 17, 2003.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of 60 days, to and including and including October 17, 2003, in which to file its response to plaintiff's complaint.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/
FRANKLIN E. WHITE, JR.
Assistant Director

/s
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-0290
Fax (202) 305-2118

Attorneys for Defendant

August 14, 2003