# In the United States Court of Federal Claims

No. 03-1503C

(Filed August 19, 2003)

****************************************
**THE CLEVELAND MARBLE MOSAIC** *
**COMPANY**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
****************************************

## Order

On August 14, 2003, defendant filed an unopposed motion for an enlargement of time of 60 days, from August 18, 2003 to October 17, 2003, within which to respond to the complaint. The motion is granted.

/s/ DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims