# In the United States Court of Federal Claims

No. 03-1503C

(Filed November 18, 2003)

*********************************
**THE CLEVELAND MARBLE MOSAIC COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*********************************

## Order

On October 17, 2003, pursuant to United States Court of Federal Claims Rule ("RCFC") 41(a), plaintiff attempted to file a notice of voluntary dismissal. The notice is deficient because it was not signed by the attorney of record. See RCFC 11(a). Accordingly, the clerk shall return the notice unfiled. Plaintiff shall file a notice complying with the rules of the court on or before November 24, 2003.

s/Judge Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims