# In the United States Court of Federal Claims

No. 03-1503C
**ELECTRONIC CASE FILING**

(Filed January 29, 2004)

********************************
**THE CLEVELAND MARBLE MOSAIC COMPANY,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
********************************

## Order

On October 17, 2003, pursuant to United States Court of Federal Claims Rule 41(a), plaintiff attempted to file a notice of voluntary dismissal. On November 18, 2003, the court directed the clerk to return the notice unfiled, because it was not signed by the attorney of record, and ordered plaintiff to file a notice complying with the rules of the court on or before November 24, 2003.

As of this date, plaintiff has not complied with the court's order. Plaintiff shall comply with this order on or before February 9, 2004.

The clerk shall serve a courtesy copy of this order on plaintiff.

s/ Judge Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims