# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **The Cleveland Marble Mosaic Company** | CASE NO. 1:03-cv-1503 |
| | JUDGE: Hon. Diane G. Sypolt |
| Plaintiff, | |
| v. | |
| **The United States of America,** **General Services Administration** | |
| | **AMENDED NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | |

Plaintiff The Cleveland Marble Mosaic Company ("Cleveland Marble"), pursuant to RCFC 41 allowing voluntary dismissal before service of an answer, dismisses the above captioned case, without prejudice, and without objection of the United States in order to facilitate settlement discussions with the General Services Administration.

Respectfully submitted,

Daniel E. Toomey, Esq.
Venable, LLP
8010 Towers Crescent Drive; Suite 300
Vienna, Virginia 22182
(703) 760-1600
(703) 821-8949

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Voluntary Dismissal was sent via first class mail, postage prepaid on the ~~4th~~ 6th day of February 2004 to the following:

David R. Feniger
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attn: Classification Unit
8th Floor
1100 L Street, N.W.

Daniel E. Toomey, Esq.